UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MOORE, JR., individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BPS DIRECT, LLC,<br><br>    Defendant. | Case No.: 22-CV-1951 TWR (NLS)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(ECF No. 18) |

Presently before the Court is the Parties' Joint Motion for Extension of Time to Respond to First Amended Complaint. (ECF No. 18.) Good causing appearing, the Court **GRANTS** the Joint Motion. Defendant BPS Direct, LLC **SHALL RESPOND** to Plaintiff's First Amended Complaint on or before June 2, 2023.

**IT IS SO ORDERED.**

Dated:  May 2, 2023

_____
Honorable Todd W. Robinson
United States District Judge